1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   JOHN ZENC,                    )   Case No. EDCV 10-265-VAP(CW)[1]
                                    )
13              Petitioner,         )   ORDER ACCEPTING REPORT AND
                                    )   RECOMMENDATION OF UNITED STATES
14      v.                          )   MAGISTRATE JUDGE
                                    )
15   SILVIA GARCIA (Warden),        )
                                    )
16              Respondent.         )
     ───────────────────────────────)
17

18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19   entire record in this action, as well as the Report and Recommendation

20   of the United States Magistrate Judge and all objections thereto.  The

21   court has made a <u>de</u> <u>novo</u> determination with respect to those portions

22   of the Report and Recommendation to which objection has been made.

23        **IT IS ORDERED**: (1) that the Report and Recommendation of the

24   United States Magistrate Judge be accepted; (2) that respondent's

25   motion to dismiss (docket no. 32, filed June 29, 2010) be granted; and

26   (3) that judgment be entered dismissing the petition for failure to

27   ────────────────────────

28        [1]  Petitioner has another pending case: No. EDCV 07-747-VAP(CW).
     This Order concerns only the present case.

                                    1

state a federal claim.

   **IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.


DATED:  <u>February 18, 2011</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge

2