# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZENC, | Case No. EDCV 10-265-VAP(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| SILVIA GARCIA (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for failure to state a federal claim.

DATED: February 18, 2011

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge